UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

LEVI M. ROYAL,

    Defendant.

CASE NO. CR18-306-RAJ

DETENTION ORDER

<u>Offense charged</u>:    Assaulting a Federal Officer;

<u>Date of Detention Hearing</u>:    January 4, 2019.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant was not interviewed by Pretrial Services, so his background information, is unknown or unverified. The available record indicates a history of serious

DETENTION ORDER
PAGE -1

mental illness. A motion is pending before Judge Jones for a competency examination. The government proffers information that defendant had been involuntarily committed for treatment at a state mental hospital, conditionally released into the community only one month before the alleged assault.

2. Defendant poses a risk of nonappearance based on lack of background information and mental health issues. Defendant poses a risk of danger based on the nature and circumstances of the offense, and mental health issues.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

/ / /

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this <u>4th</u> day of January, 2019.

<i>Mary Alice Theiler</i>
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3