The Honorable Richard A. Jones

1

2

3

4

5

6

7

8  UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,                    No. CR18-306 RAJ

                    Plaintiff,

                                             ORDER GRANTING
         v.                                  MOTION TO SEAL

LEVI M. ROYAL,

                    Defendant.

13      This matter has come before the Court on the Government's Motion to Seal the

14  Government's Motion for Competency Examination and Hearing.  The Court has

15  reviewed the motion and records in this case and finds there are compelling reasons to

16  permit the filing of the motion under seal, therefore,

17      IT IS ORDERED that the Government's Motion to Seal (Dkt. #17) is

18  GRANTED.

19      DATED this 4th day of January, 2019.

20

21

22      The Honorable Richard A. Jones
        United States District Judge

23

24

25

26