THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) No. CR18-306-RAJ |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER GRANTING MOTION TO SEAL RESPONSE TO GOVERNMENT'S MOTION FOR COMPETENCY EVALUATION AND HEARING |
| LEVI ROYAL, | ) |
| Defendant. | ) |

THIS MATTER has come before the undersigned on the Motion to Seal Response to Government's Motion for Competency Evaluation and Hearing. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Defendant's Motion to Seal (Dkt. #23) is GRANTED. Defendant Levi Royal's Response to Government's Motion for Competency Evaluation and Hearing shall remain under seal.

DATED this 8th day of January 2019.

*(signature)*
The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL RESPONSE TO
GOVERNMENT'S MOTION FOR
COMPETENCY EVALUATION AND HEARING
(*Levi Royal*, CR18-306-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100