The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LEVI M. ROYAL, <br><br> Defendant. | NO. CR18-306 RAJ <br><br> ORDER GRANTING MOTION TO SEAL |

This matter has come before the Court on the motion to seal Government's Memorandum Regarding Competency Evaluation, and Exhibit A attached thereto. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing of this memorandum under seal.

IT IS HEREBY ORDERED that the Government's Motion to Seal (Dkt. #29) is GRANTED. The Government's Memorandum Re: Designation shall remain under seal.

DATED this 26th day of March, 2019.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
CR18-306 RAJ/ROYAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970