The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-306 RAJ |
| Plaintiff, | AGREED ORDER FOR COMMITMENT |
| v. | |
| LEVI M. ROYAL, | |
| Defendant. | |

This Court, having reviewed the Government's Motion for Competency Examination and Hearing and the Forensic Evaluation prepared by Forensic Psychologist Cynthia Low, Ph.D. on March 14, 2019; and having held a hearing on March 26, 2019 to determine the Defendant's competency to stand trial, including arguments of counsel for the parties; finds by a preponderance of the evidence that the Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Therefore,

IT IS HEREBY ORDERED:

(1) that the Defendant is committed to the custody of the Attorney General to be hospitalized at a suitable facility for treatment, for a period of not to exceed four months, to restore his competency pursuant to Title 18, United States Code, Section 4241(d);

Agreed Order for Commitment - 1
*United States v. Levi M. Royal*, CR18-306 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

(2) that the United States shall provide a written submission to the Court by April 15, 2019, updating it on the Defendant's designation and transportation to a suitable facility;

(3) that the Defendant, to the extent possible, be examined periodically, including at the end of the four month period, to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward. If the Defendant is restored at any time before the expiration of the four month commitment period, the Federal Medical Center shall promptly notify the Court;

(4) that the Defendant shall cooperate with the persons performing during the examinations and competency-restoring treatment; and that no statements made by the Defendant in the course of psychiatric examination shall be admitted as evidence against him except on an issue regarding his mental condition, if that issue is raised by him;

(5) that a report generated pursuant to this Order be prepared and disseminated in accordance with the requirements set forth in Title 18, United States Code, Section 4247(c), and that this report be filed with the Court, with copies provided to all counsel; and

(6) pursuant to 18 U.S.C. § 3161(h)(1) and (h)(4), that the period of delay resulting from the commitment period and other proceedings related to the Defendant's mental competency, including any time leading up to and including the Court's hearing concerning Defendant's competency following examination and treatment, shall be excluded in the computation of time under the Speedy Trial Act, 18 U.S.C. § 3161 *et al.*

///
///
///
///
///
///

Agreed Order for Commitment - 2
*United States v. Levi M. Royal*, CR18-306 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

(7) IT IS FURTHER RECOMMENDED that the Federal Bureau of Prisons, including the Office of Medical Designations and Transportation, along with the United States Marshals Service, review the Defendant's file to determine whether he would be eligible for immediate placement based on medical need.

DATED this 27th day of March, 2019.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

Presented by:

| | |
|---|---|
| */s/ Lyndsie R. Schmalz* | */s/ Chloe Akers* |
| LYNDSIE R. SCHMALZ | CHLOE AKERS |
| Assistant United States Attorney | Assistant Federal Public Defender |
| 700 Stewart Street, Suite 5220 | Attorney for Levi M. Royal |
| Seattle, Washington 98101 | 1601 Fifth Ave, Suite 700 |
| Phone: 206-553-2687 | Seattle, Washington 98101 |
| Email: Lyndsie.R.Schmalz@usdoj.gov | Phone: 206-553-1100 |
| | Email: Chloe_Akers@fd.org |

Agreed Order for Commitment - 3
*United States v. Levi M. Royal*, CR18-306 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970