THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-306-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO SEAL DEFENDANT'S NOTICE OF PROPOSED RELEASE PLAN |
| LEVI ROYAL, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the Motion to Seal the Defendant's Notice of Proposed Release Plan. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that the Motion to Seal (Dkt. #46) is GRANTED. Levi Royal's Proposed Release Plan shall remain filed under seal.

DATED this 22nd day of April, 2019.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL DEFENDANT'S NOTICE OF
PROPOSED RELEASE PLAN
(*Levi Royal*, CR18-306-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**