HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-306-RAJ |
| Plaintiff, | |
| v. | ORDER FOR DCR EVALUATION |
| LEVI ROYAL, | |
| Defendant. | |

THE COURT has considered the stipulated request for a Designated Crisis Responder (DCR) working with King County Crisis and Commitment Services to meet with Levi Royal at the lockup unit of the United States Federal District Courthouse at 700 Stewart Street in Seattle, Washington, for the purposes of completing a mental health evaluation.

IT IS NOW ORDERED that the parties' stipulated motion (Dkt. #50) is GRANTED and a Designated Crisis Responder shall evaluate Mr. Royal for possible civil commitment pursuant to RCW 71.05 and provide a copy of its findings and report to the District Court.

IT IS FURTHER ORDERED that a Designated Crisis Responder shall be permitted to enter the lockup area of the Federal Courthouse on April 24, 2019 at 12:00 pm in order to execute this mental health evaluation.

DATED this 22nd day of April, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER FOR DCR EVALUATION
(*Levi Royal*, CR18-306-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**