THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR18-306-RAJ |
| Plaintiff, | ) | |
| | ) | ORDER TO SEAL |
| v. | ) | |
| LEVI ROYAL, | ) | |
| Defendant. | ) | |

The Court having reviewed the Government's Motion to Seal and having reviewed the records and files herein, and finding good cause, enters the following order:

IT IS HEREBY ORDERED that the Government's Motion to Seal (Dkt. #53) is GRANTED. The Government's Response to Defendant's Proposed Release Plan, filed under Dkt. #54, shall remain filed under seal.

DATED this 24th day of April, 2019.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL
(*Levi Royal*, CR18-306-RAJ) - 1